James W. Hunt, SBN 122582
Jasmin F. Motlagh, SBN 311639
**FITZPATRICK & HUNT, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125
james.hunt@fitzhunt.com
jasmin.motlagh@fitzhunt.com

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALIESHA WRIGHT,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. 2:17-cv-7050<br><br>[Los Angeles County Superior Court, Case No. BC665008]<br><br>**DEFENDANT SOUTHWEST AIRLINES CO.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (F.R.C.P. 7.1 & L.R. 7.1-1)** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for SOUTHWEST AIRLINES CO., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

SOUTHWEST AIRLINES CO. is a corporation organized under the laws of the State of Texas. SOUTHWEST AIRLINES CO. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

///

///

1       SOUTHWEST AIRLINES CO. reserves the right to amend, correct, and
2 update this Corporate Disclosure Statement throughout the pendency of this action.
3
4 DATED: September 25, 2017       Respectfully submitted,
5
6                                       FITZPATRICK & HUNT,
                                      PAGANO, AUBERT, LLP
7
8                                       By: _____
9                                           James W. Hunt
                                          Jasmin F. Motlagh
10                                        Attorneys for Defendant
                                          SOUTHWEST AIRLINES CO.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, Jasmin F. Motlagh, Esq., Attorney for Southwest Airlines Co., hereby certify that I directed the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system and served a true copy of the foregoing on below counsel by U.S. Mail, postage pre-paid:

**Attorneys for Plaintiff**
Paul Orloff, Esq.
Orloff & Associates APC
8402 Florence Avenue, Suite B1
Downey, CA 90240
Tel.: (562) 869-3034
Fax: (562) 869-3539
paul@orofflitigation.com

Executed on September 25, 2017 at Los Angeles, California.

_____
Jasmin F. Motlagh, Esquire